UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
In re                                                        :     Chapter 11
                                                             :
HSP LIQUIDATION, LLC, et al.,[1]                             :     Case No. 19-11608 (MEW)
                                                             :
                                                             :     Jointly Administered
                        Debtors.                             :
------------------------------------------------------------x

## ORDER FURTHER EXTENDING
## THE PERIODS TO FILE OBJECTIONS TO CLAIMS

Upon the motion (the "Motion")[2] of the Plan Administrator, on behalf of the Post-Effective Date Debtors, for entry of an order (this "Order"), pursuant to sections 105(a) and 1142(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure to further extend the Administrative Claims Objection Bar Date and extend the Claims Objection Bar Date, as more fully described in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that the venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Plan Administrator's notice of the Motion and opportunity for a hearing thereon were appropriate under the circumstances and no other notice need be provided; and this Court

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number are: Dream II Holdings, LLC (7915); HHFH Liquidation, LLC (2063); HSP Liquidation, LLC (2143); PCF Liquidation, LLC (1445); HSPK Liquidation, LLC (4119); PCFC Liquidation, LLC (3119); and HSPC Liquidation Limited (3477).

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

having reviewed the Motion; and the Court having noted that the Plan was confirmed in this case on September 5, 2019; and the Court having granted a prior request for an extension of the Claims Objection Deadline by Order dated October 14, 2022 [ECF No. 593], and no further claim objections having been filed on the docket since that date; and the Court having determined that an additional extension through October 30, 2023 (more than four years after the plan confirmation date) should be ample time for the filing of claim objections; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Claims Objection Deadlines are extended to and including October 30, 2023.

2. The Court intends that October 30, 2023 will be the final deadline for claim objections. No further extension of the Claims Objection Deadline will be granted in the absence of a strong showing that circumstances did not reasonably permit compliance with the deadline.

3. The Plan Administrator is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: New York, New York
April 12, 2023

s/Michael E. Wiles
THE HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE